UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PABLO TOMAS LOPEZ MELENDEZ,

Petitioner,

v.

WARDEN OF DELANEY HALL
DETENTION FACILITY, et al.,

Respondents.

Civil Action No. 26-7877 (MAS)

ORDER

This matter comes before the Court on a habeas petition filed by Petitioner Pablo Tomas Lopez Melendez, a detainee currently held in the Delaney Hall Detention Facility. (ECF No. 1). In filing his habeas petition, Petitioner neither paid the applicable five dollar filing fee nor submitted an application to proceed *in forma pauperis*. (ECF Docket Sheet.) As Petitioner has neither paid the applicable filing fee, nor submitted a complete application to proceed *in forma pauperis*, this matter must be administratively terminated at this time.

**IT IS THEREFORE**, on this 30th day of June, 2026, **ORDERED** that:

1. The Clerk of the Court shall administratively terminate this case; Petitioner is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations time bar if it was originally filed timely, *see Jenkins v. Superintendent of Laurel Highlands*, 705 F.3d 80, 84 n.2 (2013) (describing prisoner mailbox rule generally); *Dasilva v. Sheriff's Dept.*, 413 F. App'x 498, 502 (3rd Cir. 2011) ("[The] statute of limitations is met when a complaint is submitted to the clerk before the statute runs"),

2. The Clerk of the Court shall forward Petitioner a blank form Application to Proceed In Forma Pauperis in a Habeas Corpus Case,

3.  If Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, within 30 days of the date of entry of this Order; Petitioner's writing shall include either a complete application to proceed *in forma pauperis* or the applicable five dollar filing fee,

4.  Upon receipt of a writing from Petitioner stating that he wishes to reopen this case, accompanied by an application to proceed *in forma pauperis* or the filing fee, the Clerk of the Court will be directed to reopen this case, and

5.  The Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

2